IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

DEBORAH KEEN (JAMISON), :

    Plaintiff, :

                             Case No. 3:13cv00417

  vs. :

                             District Judge Thomas M. Rose

CAROLYN W. COLVIN, : Chief Magistrate Judge Sharon L. Ovington
Acting Commissioner of the Social
Security Administration, :

    Defendant. :

## DECISION AND ENTRY

The Court has reviewed the Report and Recommendations of Chief United States Magistrate Judge Sharon L. Ovington (Doc. #14), to whom this case was originally referred pursuant to 28 U.S.C. §636(b), and noting that no objections have been filed thereto and that the time for filing such objections under Fed. R. Civ. P. 72(b) has expired, hereby **ADOPTS** said Report and Recommendations.

Accordingly, it is hereby **ORDERED** that:

1.    The Report and Recommendations filed on February 3, 2015 (Doc. #14) is ADOPTED in full;

2.    No finding is made as to whether Plaintiff Deborah Keen (Jamison) was under a "disability" within the meaning of the Social Security Act;

3.    This case is remanded to the Commissioner and the Administrative Law Judge under Sentence Four of 42 U.S.C. §405(g) for further consideration consistent with the Report and Recommendations and the instant Decision and Entry; and

4. The case is terminated on the docket of this Court.

February 24, 2015                                             *s/Thomas M. Rose

                                                                                                    _____
Thomas M. Rose
United States District Judge