## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF OHIO
## WESTERN DIVISION AT DAYTON

DEBORAH KEEN (JAMISON),      :

    Plaintiff,            :

                                Case No. 3:13cv00417

vs.                      :

                                District Judge Thomas M. Rose

CAROLYN W. COLVIN,         :   Chief Magistrate Judge Sharon L. Ovington

Acting Commissioner of the Social

Security Administration,      :

    Defendant.          :

═══════════════════════════════════════════════════════

## DECISION AND ORDER

═══════════════════════════════════════════════════════

    The Court has reviewed the Report and Recommendations of Chief United States

Magistrate Judge Sharon L. Ovington (Doc. #18), to whom this case was originally

referred pursuant to 28 U.S.C. § 636(b), and noting that no objections have been filed

thereto and that the time for filing such objections under Fed. R. Civ. P. 72(b) has

expired, hereby **ADOPTS** said Report and Recommendations.

    Accordingly, it is hereby **ORDERED** that:

1. The Report and Recommendations filed on March 27, 2015 (Doc. #18) is
   ADOPTED in full;

2. The parties' Joint Stipulation for an Award of Attorney Fees under the Equal
   Access to Justice Act (Doc. #17) is accepted, and Defendant is directed to pay
   Plaintiff's attorney fees under 28 U.S.C. § 2412 in the total amount of
   $4,600.00; and,

3. Counsel for the parties shall verify, **within thirty days** of this Decision and
   Order, whether or not Plaintiff owes a pre-existing debt to the United States

subject to offset.  And, if no such pre-existing debt exists, Defendant is directed to pay the EAJA award directly to Plaintiff's attorney.

 

 

_____
Thomas M. Rose
United States District Judge